UST-32, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| BOLTON, CHARLES L, III | ) | Case No. 06-03862-PHX RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

JILL H. FORD, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10108 | 9-12-10 | Advantage Capital Corp<br>Fennemore Craig<br>c/o Dewain Fox<br>3003 Central Avenue #2600<br>Phoenix, AZ 85012-2913 | $1092.26 |

The Trustee asks that an order be entered pursuant to ɜ347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1092.26 to the Clerk of the Court to be deposited in the Registry thereof.

| December 21, 2010 | /s/ Jill H. Ford |
|---|---|
| DATE | JILL H. FORD, TRUSTEE |